BEFORE THE THIRD DIVISION, MAY 11, 1966

**No. P66/54.**—W. Kay Co., Inc. *v.* United States, protests 63/20939, etc. (New York).

LANDIS, J. In accordance with stipulation of counsel that the items of merchandise marked "B" covered by the foregoing protests consist of cups and saucers similar in all material respects to those the subject of *W. Kay Company, Inc.* v. *United States* (53 Cust. Ct. 130, C.D. 2484), and that the items of merchandise marked "A" covered by the foregoing protests consist of cups and saucers similar in all material respects to those the subject of *United States* v. *The Baltimore & Ohio R. R. Co. a/c United China & Glass Company* (47 CCPA 1, C.A.D. 719), the claims of the plaintiff were sustained.

BEFORE THE SECOND DIVISION, MAY 12, 1966

**No. P66/55.**—Keer, Maurer Co. *v.* United States, protest 62/8012 (Philadelphia).

FORD, J. In accordance with stipulation of counsel that the merchandise covered by the foregoing protest consists of bag-making machines and parts thereof, which parts are dedicated to use on or for said bag-making machines, similar in all material respects to those the subject of *Roto Bag Machine Corp. and Rohner, Gehrig & Co., Inc.* v. *United States* (48 Cust. Ct. 401, Abstract 66656), the claim of the plaintiff was sustained.

**No. P66/56.**—Karl Schroff & Associates, Inc. *v.* United States, protests 63/8309–13452 and 63/8359–13494 (Chicago).

FORD, J. In accordance with stipulation of counsel that the merchandise covered by the foregoing protests consists of parts of hydraulic pumps, dedicated to use therewith, similar in all material respects to those the subject of *Karl Schroff & Associates* v. *United States* (54 Cust. Ct. 395, Abstract 69245), the claim of the plaintiff was sustained.